RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-6322 (v)
202-514-6866 (f)
Olga.L.Tobin@usdoj.gov
*Counsel for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZENON ROTUSKI | ) | |
| 117 STOKES ROAD | ) | |
| MEDFORD LAKES, NJ 08055, | ) | |
| | ) | |
| DEBORAH K. HARRIS | ) | |
| 117 STOKES ROAD | ) | |
| MEDFORD LAKES, NJ 08055, | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| 1 HOME CAMPUS, | ) | |
| DES MOINES, IA 50328, and | ) | |
| | ) | |
| STATE OF NEW JERSEY | ) | |
| 25 MARKET STREET | ) | |
| TRENTON, NJ 08625, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

The plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action 1) to collect the unpaid federal income taxes, penalties, and interest assessed against the defendant Zenon Rotuski for the 2008-2012 and 2014-2016 tax years; 2) to collect the Trust Fund Recovery Penalties (TFRPs) assessed against Rotuski in connection with the unpaid federal employment tax liabilities of American Building Management Corp. and Associated Cleaning Maintenance LLC; and 3) to enforce the corresponding federal tax liens against Rotuski's interest in the real property located in Ocean City, New Jersey. In support of this action, the United States alleges as follows:

## JURISDICTION & VENUE

1.      Jurisdiction is conferred upon the district court by virtue of 28 U.S.C. §§ 1331, 1340 and 1345 and 26 U.S.C. §§ 7402 and 7403.

2.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1396 because the federal income tax liabilities and civil penalties at issue accrued in Burlington County, New Jersey, which is located in this judicial district.  Defendants Rotuski and Harris are also residents of Burlington County, New Jersey. Additionally, the United States seeks to enforce its liens against real property, which is located in Cape May County, New Jersey, which is also located in this judicial district.

## PARTIES

3.      The Plaintiff is the United States of America.

4.     Defendant Rotuski resides in Burlington County, New Jersey, within the jurisdiction of this Court.  He was the owner of American Building Management Corp. and Associated Cleaning Maintenance LLC during the time periods at issue in this action.  He is the owner of the real property upon which the United States seeks to enforce its liens.

5.     Defendant Harris resides with defendant Rotuski in Burlington County, New Jersey, within the jurisdiction of this Court.  She may have or claim an interest in the real property upon which the United States seeks to enforce its liens.

6.     Defendant Wells Fargo Bank, N.A. may have or claim an interest in the real property upon which the United States seeks to enforce its liens.

7.     Defendant State of New Jersey may have or claim an interest in the real property upon which the United States seeks to enforce its federal tax liens.

## REAL PROPERTY

8.     The real property ("Real Property") against which foreclosure is requested is located in Cape May County, New Jersey, within the jurisdiction of this Court, and is commonly known as 1836 Wesley Avenue, Ocean City, New Jersey.

9.     The Real Property is more fully described as follows:

ALL THAT CERTAIN LOT, TRACT OR PARCEL OF land and premises, situate, lying and being in the City of Ocean City, County of Cape May and State of New Jersey and more particularly described as follows:

BEING the Northeasterly 20 feet of lot 789 and the Southwesterly 20 feet of Lot 788, Section D, Plan of Ocean City Association.

BEGINNING at a point in the Northwesterly line of Wesley Avenue at the distance of 380 feet Southwestwardly from the Southwesterly line of 18th Street;

containing Southwestwardly of that point in front or breadth on said Wesley Avenue, 40 feet; and of that width extending in length or depth Northwestwardly between lines parallel with said 18th Street, 120 feet to a 15 wide street.

BEING also known as Lots 788B and 789A, Block 1802, Tax Map, City of Ocean City.

## COUNT I – FEDERAL INCOME TAX ASSESSMENTS AGAINST ZENON ROTUSKI

10.     The allegations of paragraphs 1 through 9, inclusive, are re-alleged and

incorporated by reference in this count as though fully set forth herein.

11.     A delegate of the Secretary of the Treasury of the United States properly

and timely assessed federal income taxes, penalties, and statutory interest against

Rotuski for the tax periods, on the dates and in the amounts set forth below:

| Tax Period Ending | Assessment Date | Assessed Tax | Assessed Penalties | Assessed Interest | Total Due as of 11/18/19[1] | Notice of Federal Tax Lien |
|---|---|---|---|---|---|---|
| 12/31/08 | 11/23/09 | $8,298 | $586 | $199 | $7,612 | 02/01/17 |
| 12/31/09 | 11/29/10 | $17,309 | $709 | $315 | $30,098 | 12/22/10 |
| 12/31/10 | 10/17/11 | $18,467 | 846 | 273 | $25,574 | 02/01/17 |
| 12/31/11 | 11/12/12 | $18,556 | $947 | $324 | $27,071 | 02/01/17 |
| 12/31/12 | 12/23/13 | $2,376 | $257 | $50 | $143 | 02/01/17 |
| 12/31/14 | 11/23/15 | $27,223 | $1,089 | $501 | $151,520 | 02/01/17 |
|  | 06/05/17 | $65,263 | $13,053 |  |  |  |
| 12/31/15 | 11/21/16 | $38,690 | $2072 | $911 | $54,409 | 02/01/17 |
| 12/31/16 | 11/20/17 | $27,549 | $1,594 | $609 | $35,533 | 01/26/18 |
|  |  |  |  | **Total** | **$331,960** |  |

12.     Notices and demands for payment of the tax assessments described in

paragraph 11 were given to Rotuski, but he failed to fully pay the assessed amounts.

---

[1] The total due reflects accrued interest, penalties, adjustments, payments, and credits as of November 18, 2019.  Statutory additions continue to accrue on the assessed liabilities.

13.     Statutory additions to tax have accrued and will continue to accrue on the unpaid balance of the federal tax liabilities set forth in paragraph 11, above.

14.     As of November 18, 2019, the balance of the unpaid assessments described in paragraph 11, including accrued but unassessed interest and penalties, is $331,960. Statutory additions to tax and interest will continue to accrue thereafter according to law until paid in full.

WHEREFORE, plaintiff, the United States of America, prays as follows:

A.   That the Court order and adjudge that defendant Zenon Rotuski is indebted to the United States in the amount of  $331,960, as of November 18, 2019 for federal income tax, penalties, and interest relating to the 2008-2012 and 2014-2016 tax years, plus penalties, interest, and statutory additions that will accrue from that date according to law until paid; and

B.   That the Court award such other and further relief as may be deemed just and proper under the circumstances.

### COUNT II - TRUST FUND RECOVERY PENALTY ASSESSMENTS AGAINST ZENON ROTUSKI WITH RESPECT TO AMERICAN BUILDING MANAGEMENT CORP

15.     The United States incorporates by reference the allegations in paragraphs 1 through 14.

16.     Defendant Zenon Rotuski was the owner of American Building Management Corp. during the periods described in paragraph 20, below.  He was responsible for making the day-to-day financial decisions for the business, including

hiring and firing employees.  He also had signatory authority on all company bank accounts.

17.     Rotuski was responsible for withholding federal employment taxes from the wages of the employees of American Building Management Corp. during the periods described in paragraph 20 and paying those taxes to the United States.

18.     Rotuski was aware of the accruing unpaid federal employment tax liabilities of American Building Management Corp. during the periods described in paragraph 20, below.  Nevertheless, he consistently paid business expenses, including net wages, instead of paying the taxes withheld form the wages of the employees of American Building Management Corp. during the periods described in paragraph 20, below.

19.     As a result, Rotuski willfully failed to collect, truthfully account for, and pay over to the United States the federal employment taxes that American Building Management Corp. was required to withhold from employees' wages during the periods described in paragraph 20, below.

20.     On the dates, in the amounts, and for the taxable periods set forth below, a delegate of the Secretary of the Treasury assessed Trust Fund Recovery Penalties ("TFRP") against Rotuski with respect to the unpaid federal employment tax liabilities of American Building Management Corp. under 26 U.S.C. § 6672:

| Tax Period | Assessment Date | Assessment Amount | Total Due as of 11/18/2019[2] | Notice of Federal Tax Lien |
|---|---|---|---|---|
| 12/31/05 | 11/23/09 | $11,230 | $2,580 | 08/31/17 |
| 03/31/06 | 11/23/09 | $18,879 | $20.75 | 12/23/09 |
| 09/30/06 | 11/23/09 | $23,283 | $4,551 | 12/23/09 |
| 12/31/06 | 11/23/09 | $19,763 | $4,912 | 12/23/09 |
| 03/31/07 | 11/23/09 | $24,115 | $5,993 | 12/23/09 |
| 06/30/07 | 11/23/09 | $24,620 | $6,119 | 12/23/09 |
| 09/30/07 | 11/23/09 | $31,458 | $7,818 | 12/23/09 |
| 12/31/07 | 11/23/09 | $28,232 | $7,016 | 12/23/09 |
| 03/31/08 | 11/23/09 | $22,798 | $5,666 | 12/23/09 |
|  |  | **Total** | **$44,676** |  |

21.     Notice and demand for payment of the unpaid TFRPs described in paragraph 20, above, were given to Rotuski.  Despite the notice and demand for payment, Rotuski failed or refused to pay the outstanding TFRPs.

22.     As a result, Rotuski is indebted to the United States for unpaid TFRPs with respect to the unpaid federal employment tax liabilities of American Building Management Corp., in the amount of $44,676 as of November 18, 2019, plus interest and other statutory additions to tax that will continue to accrue thereafter as provided by law.

WHEREFORE, the United States of America seeks judgment in its favor and against Zenon Rotuski on Count II of its complaint as follows:

C.   That the Court order and adjudge that  defendant Zenon Rotuski is indebted to the United States for unpaid TFRPs with respect to the unpaid federal employment tax liabilities of American Building Management Corp., in the amount of $44,676 as of

---

[2] The total due reflects accrued interest, penalties, adjustments, payments, and credits as of November 18, 2019.  Statutory additions continue to accrue on the assessed liabilities.

November 18, 2019, plus statutory additions and interest accruing after that date, until paid; and

D.   Such other and further relief as may be deemed just and proper under the circumstances, including costs.

### COUNT III - TRUST FUND RECOVERY PENALTY ASSESSMENTS AGAINST ZENON ROTUSKI WITH RESPECT TO ASSOCIATED CLEANING MAINTENANCE LLC

23.   The United States incorporates by reference the allegations in paragraphs 1 through 22.

24.   Defendant Zenon Rotuski was the owner of Associated Cleaning Maintenance LLC during the periods described in paragraph 28, below.  He was responsible for making the day-to-day financial decisions for the business, including hiring and firing employees.  He also had signatory authority on all company bank accounts.

25.   Rotuski was responsible for withholding federal employment taxes from the wages of the employees of Associated Cleaning Maintenance LLC during the periods described in paragraph 28 and paying those taxes to the United States.

26.   Rotuski was aware of the accruing unpaid federa l employment tax liabilities of Associated Cleaning Maintenance LLC during the periods described in paragraph 28, below.  Nevertheless, he consistently paid business expenses, including net wages, instead of paying the taxes withheld form the wages of the employees of Associated Cleaning Maintenance LLC during the periods described in paragraph 28.

8

27.     As a result, Rotuski willfully failed to collect, truthfully account for, and pay over to the United States the federal employment taxes that Associated Cleaning Maintenance LLC was required to withhold from employees' wages during the periods described in paragraph 28, below.

28.     On the dates, in the amounts, and for the taxable periods set forth below, a delegate of the Secretary of the Treasury assessed Trust Fund Recovery Penalties ("TFRP") against Rotuski with respect to the unpaid federal employment tax liabilities of Associated Cleaning Maintenance LLC under 26 U.S.C. § 6672:

| Tax Period | Assessment Date | Assessment Amount | Total Due as of 11/18/2019[3] | Notice of Federal Tax Lien |
|---|---|---|---|---|
| 03/31/12 | 03/21/16 | $19,324 | $22,384 | 02/01/17 |
| 09/30/12 | 03/21/16 | $19,045 | $22,517 | 02/01/17 |
| 12/31/12 | 03/21/16 | $16,982 | $20,078 | 02/01/17 |
| 03/31/13 | 03/21/16 | $17,496 | $20,686 | 02/01/17 |
| 06/30/13 | 03/21/16 | $24,371 | $27,639 | 02/01/17 |
| 09/30/13 | 03/21/16 | $2,252 | $2,252 | 02/01/17 |
| 12/31/13 | 03/21/16 | $10,652 | $10,653 | 02/01/17 |
| | | **Total** | **$126,209** | |

29.     Notice and demand for payment of the unpaid TFRPs described in paragraph 28, above, were given to Rotuski.  Despite the notice and demand for payment, Rotuski failed or refused to pay the outstanding TFRPs.

30.     As a result, Rotuski is indebted to the United States for unpaid TFRPs with respect to the unpaid federal employment tax liabilities of Associated Cleaning Maintenance LLC, in the amount of $126,209 as of November 18, 2019, plus interest and

---

[3] The total due reflects accrued interest, penalties, adjustments, payments, and credits as of November 18, 2019.  Statutory additions continue to accrue on the assessed liabilities.

other statutory additions to tax that will continue to accrue thereafter as provided by law.

WHEREFORE, the United States of America seeks judgment in its favor and against Zenon Rotuski on Count III of its complaint as follows:

E.   That the Court order and adjudge that  defendant Zenon Rotuski is indebted to the United States for unpaid TFRPs with respect to the unpaid federal employment tax liabilities of Associated Cleaning Maintenance LLC, in the amount of $126,209 as of November 18, 2019, plus statutory additions and interest accruing after that date, until paid; and

F.   Such other and further relief as may be deemed just and proper under the circumstances, including costs.

## COUNT IV - FORECLOSE FEDERAL TAX LIENS AGAINST THE REAL PROPERTY

31.   The United States incorporates by reference the allegations in paragraphs 1 through 30.

32.   On June 2, 1995, a deed was recorded in Cape May County in which Charles and Claire Seravalli conveyed the Real Property to Zenon Rotuski for $273,000.

33.   On June 2, 1995, a mortgage was recorded by Norwest Mortgage, Inc. on the Real Property in the amount of $275,000.  Norwest Mortgage, Inc. is now known as Wells Fargo.

34.   On March 22, 2005, an assignment of mortgage was recorded in which GE Mortgage Services LLC, F/K/A GE Capital Mortgage Services Inc. assigned a mortgage on the Real Property to Wells Fargo Bank, N.A.

35.     On April 3, 2018, a quitclaim deed was recorded in which Zenon Rotuski purported to convey the Real Property to Zenon Rotuski and Deborah K. Harris as joint tenants for $1.00.

36.     On April 3, 2018, a mortgage was recorded in which the lender Deborah K. Harris purportedly granted a mortgage to Zenon Rotuski for $350,000 on the Real Property.

37.     By virtue of the assessments identified in paragraphs 11, 20 and 28, above, federal tax liens arose on the dates of the assessments and attached to all of Rotuski's property and rights to property under 26 U.S.C. §§ 6321 and 6322.

38.     The federal tax liens attached to the Real Property described in paragraph 9, above, on the dates of the assessments described in paragraphs 11, 20 and 28.  The federal tax liens continue to encumber the Real Property despite any subsequent transfers.

39.     Deborah K. Harris' purported interest in the Real Property by virtue of the transfers described in paragraphs 35 and 36 is subject to the federal tax liens encumbering the Real Property as of the dates of the assessments set forth in paragraphs 11, 20 and 28, above.

40.     In the alternative, the conveyance described in paragraph 35 was fraudulent as to the United States and should be set aside because it was designed to hinder, delay or defeat the United States' ability to collect Rotuski's tax liabilities and civil penalties and/or was done at a time that Rotuski was insolvent or rendered insolvent by the conveyances, and was made in exchange for insufficient consideration.

11

41.     The United States recorded Notices of Federal Tax Lien (NFTLs) in Cape May County against Zenon Rotuski as set forth in paragraphs 11, 20, and 28, above.

42.     The federal tax liens with respect to the assessments set forth in paragraphs 11, 20 and 28, above, are prior and superior to any interest held by Harris in the Real Property.

43.     In the alternative, Harris' mortgage on the Real Property described in paragraph 36, above, is a sham.

44.     The federal tax liens that attached to the Real Property should be foreclosed, and the Real Property sold, with the proceeds distributed to the parties in accordance with the priority of their liens and claims.

45.     Defendant State of New Jersey may have or claim an interest in the real property by reason of the following state tax liens: DJ-223324-2008 docketed September 11, 2008; DJ-080536 docketed March 17, 2011; and DJ-021155-2015 docketed February 4, 2015; DJ-132464-2017 docketed August 10, 2017.

46.     Defendant Wells Fargo Bank, N.A. may have or claim an interest in the Real Property by reason of the mortgages described in paragraphs 33 and 34, above.

WHEREFORE, the United States of America respectfully prays:

G.   That the Court order, adjudge, and decree that the United States of America holds valid and subsisting tax liens that encumber the Real Property with respect to the tax assessments described in paragraphs 11, 20, and 28, above;

H.   That the Court order, adjudge, and decree that defendant Deborah K. Harris' interest in the Real Property is subject to the federal tax liens that attached to the Real

Property as of the assessment dates, or, in the alternative, that the conveyance to Deborah K. Harris was fraudulent as to the United States and should be set aside;

I.   That the Court order, adjudge, and decree that the federal tax liens described in paragraph 37 be foreclosed against the Real Property;

J.   That the Court order, adjudge, and decree the priority of liens and interests in the Real Property;

K.   That the Court order, adjudge, and decree that the federal tax liens described in paragraph 37 are prior and superior to defendant Harris' mortgage on the Real Property, or, in the alternative, that the mortgage is as sham mortgage.

L.   That the Court order that the Real Property be sold, and that the proceeds of the sale be distributed first to reimbursement of the costs of the sale; then to any liens or interests with priority over the federal tax liens described in paragraph 37, above; then to the United States of America in satisfaction of the tax liens; and then to any liens or interests with priority after the federal tax liens; and

//

//

13

M.   That the Court award the United States of America such further relief

including the costs of this action that the Court finds to be just and proper.

Date: November 22, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

s/ Olga L. Tobin_____
OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6322
Fax: (202) 514-6866
olga.l.tobin@usdoj.gov
*Counsel for the United States*

OF COUNSEL:
J. Andrew Ruymann
Assistant U.S. Attorney
District of New Jersey

14

**DESIGNATION OF AGENT FOR SERVICE UNDER LOCAL CIVIL RULE 101.1(f)**

In accordance with Local Civil Rule 101.1(f), the undersigned hereby designates

the United States Attorney for the District of New Jersey to receive service of all notices

or papers in this action at the following address:

United States Attorney's Office
District of New Jersey
402 East State Street, Room 430
Trenton, NJ 08608

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney
General

s/ Olga L. Tobin_____
OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6322
Fax: (202) 514-6866
olga.l.tobin@usdoj.gov
*Counsel for the United States*

OF COUNSEL:
J. Andrew Ruymann
Assistant U.S. Attorney
District of New Jersey

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Zenon Rotuski, Deborah K. Harris, Wells Fargo Bank, N.A., and State of New Jersey

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Burlington
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Olga L. Tobin, U.S. Dept. of Justice, PO Box 227, Ben Franklin Station, Washington DC 20044, Olga.L.Tobin@usdoj.gov, (202) 307 - 6322

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☒ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original Proceeding

☐ 2   Removed from State Court

☐ 3   Remanded from Appellate Court

☐ 4   Reinstated or Reopened

☐ 5   Transferred from Another District *(specify)*

☐ 6   Multidistrict Litigation - Transfer

☐ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1331, 1340 and 1345 and 26 U.S.C. §§ 7401, and 7402

Brief description of cause:
Collect federal income taxes

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
502,845.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   11/22/2019

SIGNATURE OF ATTORNEY OF RECORD   /s/ Olga L. Tobin

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| United States | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Zenon Rotuski, et. al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ZENON ROTUSKI
117 STOKES ROAD
MEDFORD LAKES, NJ 08055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| United States<br>_____<br>*Plaintiff*<br>v.<br>Zenon Rotuski, et. al.<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DEBORAH K. HARRIS
117 STOKES ROAD
MEDFORD LAKES, NJ 08055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| United States | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Zenon Rotuski, et. al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   WELLS FARGO BANK, N.A.
1 HOME CAMPUS
DES MOINES, IA 50328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| United States | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Zenon Rotuski, et. al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STATE OF NEW JERSEY
25 MARKET STREET
TRENTON, NJ 08625,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: