RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-6322 (v)
202-514-6866 (f)
Olga.L.Tobin@usdoj.gov
*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                             )<br>            Plaintiff,                              )<br>                                                             )<br>    v.                                                    )<br>                                                             )<br>ZENON ROTUSKI, ET. AL.,              )<br>                                                             )<br>            Defendants.                         )<br>_____) | Case No. 1:19-cv-20635-NLH-JS |

**DEFAULT JUDGMENT AGAINST THE STATE OF NEW JERSEY
AND WELLS FARGO**

Upon motion of the plaintiff, the United States of American, and for good cause shown, it is hereby ORDERED, pursuant Fed. R. Civ. P. 55(b), that the United States' Motion for Default Judgment against the State of New Jersey and Wells Fargo, is GRANTED in its entirety; and it is further

ORDERED and ADJUDGED that the defendants the State of New Jersey and Wells Fargo have no interest in the real property located at

1836 Wesley Avenue, Ocean City, New Jersey, and shall take nothing in this action; and it is further

    ORDERED that the Clerk shall enter judgment forthwith in conformance with the foregoing.

Dated:  November 12, 2020
_____

                      s/ Noel L. Hillman
                      UNITED STATES DISTRICT COURT JUDGE